

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00538-CV

William Alec **TISDALL,** M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain
Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:       Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

The reporter's record in this appeal was originally due September 9, 2019; however, the court has granted court reporter Amy L. Hinds extensions of time until November 8, 2019 to file it. The court's last order granting an extension, dated October 18, advised Hinds that the court would not grant a further extension of time unless she filed a timely notification that "(1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) provides the court a status report showing the parts of the record that have been completed and a detailed breakdown of what remains to be done, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline." Hinds was further advised that if she were "unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, so that she may timely complete and file the record in this appeal."

On November 14, 2019, Hinds filed a notification of late record, requesting a further extension of time. The notification did not satisfy any of the requirements of the court's October 18, 2019 order. We therefore held the requested extension of time in abeyance and ordered Hinds to file an amended notification that complied with the October 18, 2019 order. On November

20, Hinds filed an amended notice explaining the delay, stating the progress made in preparing the record, and stating she expected the record to be completed by December 16, 2019.

We therefore grant the requested extension and order Amy L. Hinds to file the record by **December 31, 2019** (113 days after the original due date). Hinds is advised that a request for a further extension will be disfavored and if the record is not filed by the date ordered, the court may order her to appear and show cause why she should not be held in contempt.

Because "[t]he trial court must help ensure that the court reporter's work is timely accomplished" and "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," we order the clerk of this court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 13.3, 35.3(c).

We **order** the clerk of this court to serve a copy of this order on Hinds by email, first class United States mail, and certified mail, return receipt requested.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court